# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CHRISTOPHER JAMES MECHURA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-562

———————————————

February 28, 2024

Appeal from the County Court for Pinellas County; Kathleen T. Hessinger, Judge.

Howard L. Dimmig, II, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.